**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEE BROWN-KIRK**
**#195419** **PLAINTIFF**

**v.** **No. 4:26-cv-1177-DPM**

**DOE** **DEFENDANT**

# ORDER

Kirk submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts alleged, venue properly lies in the District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026